# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2026-1269

———————————————

RONDAJEAN FOULKS,

Petitioner,

v.

MICHAEL HENNESSEY FOULKS,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Proceedings.


July 28, 2026


PER CURIAM.

DENIED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————


Rondajean Foulks, pro se, Petitioner.

No appearance for Respondent.